UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL GREENWALD,

    *Plaintiff,*

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    *Defendants.*

Civil Action No. 17-797 (EGS)

### DECLARATION OF PETER GURK, M.D. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Peter Gurk, M.D., declare as follows:

1. I submit this declaration in support of the Motion to Dismiss of the Secretary of the Department of Health and Human Services ("HHS") and the Administrator of the Centers for Medicare and Medicaid Services ("CMS").

2. I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness in this matter. True and correct copies of the documents referenced herein are attached hereto as Exhibits 1-4.

3. I am currently employed as Medical Director for Noridian Healthcare Solutions, LLC ("Noridian"). I have been employed at Noridian since February 2015.

4. Noridian is a Durable Medical Equipment Medicare Administrative Contractor ("DMEMAC" or "MAC"), which has contracted with the Secretary of HHS and CMS to process Medicare claims for durable medical equipment and supplies prescribed by physicians and other

healthcare professionals. Noridian is currently the MAC handling Part B claims for Jurisdiction A, which includes Pennsylvania.

5.  In 2002, CMS published a National Coverage Determination ("NCD") for Pneumatic Compression Devices ("PCDs"). *See* Ex. 1.

6.  On December 1, 2015, a Local Coverage Determination ("LCD") for PCDs became effective. *See* Ex. 2.

7.  On August 24, 2016, Noridian issued an initial determination denying Plaintiff Michael Greenwald's ("Plaintiff") claim for a PCD.

8.  On August 30, 2016, Noridian received Plaintiff's request for a redetermination, which attached certain medical records and other documents. *See* Ex. 3 (FILED UNDER SEAL).

9.  By letter dated October 18, 2016, Noridian issued a Medicare Appeal Decision affirming the denial of Plaintiff's claim for a PCD. *See* Ex. 4 (FILED UNDER SEAL).

10. Based on Noridian's review of Medicare records in its possession, Plaintiff did not appeal the Medicare Appeal Decision to a Qualified Independent Contractor, nor did we locate any record that Plaintiff appealed to an Administrative Law Judge or the Medicare Appeals Council.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

10-30-17

Date

Peter Gurk, M.D.